STATE OF NEW JERSEY v. RUBIN MOLINA.

May 3, 1988.

Petition for certification granted.

REGINA M. GRANT v. SAMUEL WRIGHT.

May 3, 1988.

Petition for certification denied. (See 222 *N.J.Super.* 191)

CHARLES G. KALKO, M.D., ETC. v. BARCO AUTO LEASING
CORP., ET AL.

May 10, 1988.

Petition for certification granted, and the judgment of the Appellate Division is summarily reversed.

Jurisdiction is not retained.

STATE OF NEW JERSEY v. RAYMOND SCOTT MITUZAS.

May 10, 1988.

Petition for certification denied.